# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 17-50724
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

February 23, 2018

Lyle W. Cayce
Clerk

JASON RAZIEN,

Plaintiff-Appellant

v.

MICRO FOCUS (US), INCORPORATED; HEWLETT PACKARD ENTERPRISE COMPANY,

Defendants-Appellees

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:16-CV-1209

Before HIGGINBOTHAM, JONES, and SMITH, Circuit Judges.

PER CURIAM:*

Jason Razien appeals the dismissal of his Title VII complaint. The court has carefully considered this appeal in light of the briefs, complaint, and pertinent portions of the record. Having done so, we find no error of law or reversible error of fact. The district court's judgment is **AFFIRMED** for essentially the same reasons articulated by that court.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.